M. Alieu Iscandari (SBN: 184307)
ISCANDARI & ASSOCIATES
303 Hegenberger Road, Suite 311
Oakland, CA 94621
Telephone: (510) 606-9062
Facsimile: (510) 803-5684
Email: izcan79@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YASMIN JENKINS**,<br><br>        Plaintiff,<br><br>    vs.<br><br>**EAST PALO ALTO POLICE OFFICERS DANIEL CANCILLA and ROBERT WELGAND**<br><br>        Defendant | Case No.:<br><br>**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C SECTION 1983, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENCE; BATTERY** |

## JURISDICTION

1. This action arises under 42 U.S. C Section 1983.  Jurisdiction is based on 28. U.S.C. Sections 1331 and 1343.

## INTRADISTRICT ASSIGNMENT

2. The claims alleged herein arose in the City of East Palo Alto, State of California. Therefore venue and assignment lies in the United States District Court for the Northern District of California, San Francisco Division. 28 U.S. C. section 1391 (b)(2).

3. Plaintiff has a legal capacity to sue or be sued and has the standing to bring within action for violation of her own constitutional rights under 42 U.S.C. SECTION 1983.  Plaintiff has been and is a permanent resident of San Mateo County in the State of California.

## **PARTIES**

4. Plaintiff YASMIN JENKINS, as at all times mentioned herein, sues on her own behalf, is a resident of San Mateo County and has capacity to sue or be sued.

5. Defendant POLICE OFFICER DANIEL CANCILLA was at all times mentioned a police officer for the CITY OF EAST PALO ALTO and is sued herein in his Individual and Official capacities.

6. Defendant POLICE OFFICER ROBERT WELGAND was at all times herein mentioned a police officer for the CITY OF EAST PALO ALTO and is sued herein in his Individual and Official capacities.

7. In doing the acts alleged herein, Defendants and each of them acted within the course of and scope of their employment for the City of EAST PALO ALTO and the EAST PALO ALTO POLICE DEPARTMENT.

## COMMON ALLLEGATIONS

8. On September 19, 2017 Plaintiff was walking on Weeks Street in East Palo Alto, CA when Defendants DANIEL CANCILLA and ROBERT WELGAND unlawfully detained Plaintiff throwing Plaintiff down to the ground twisting and injuring her left shoulder -without probable cause- while trying to handcuff Plaintiff.

9. Defendants CANCILLA and WELGAND acted intentionally with malice and applied unreasonable and unnecessary excessive force while Plaintiff was lying on the ground, intentionally and with coldblooded disregard to human pain and suffering.

10. As a direct and proximate result of Defendant's unlawful act, Plaintiff is now suffering from constant shoulder pain, stiffness and limited range of motion.

## CLAIMS FOR RELIEF
## FIRST CAUSE OF ACTION
### (42 U.S.C. SECTION 1983)
### (FOR VIOLATION OF PLAINTIFF'S FOURTH and FOURTEENTH AMENDMENT RIGHTS AND AGAINST DEFENDANT DANIEL CANCILLA AND ROBERT WELGAND)

11. Plaintiff alleges and incorporates by reference herein paragraphs 1 through 10.

12. In doing the acts complained of herein, Defendants DANIEL CANCILLA and ROBERT WELGAND did act under color of state or law to deprive Plaintiff, as alleged heretofore, of certain constitutionally protected rights, including but not limited to:

(a) the right to privacy and the right to be free from unlawful arrest, search and seizure;

(b) the right not to be deprived of liberty without due process of law:

(c) the right to be free from discrimination based on race or gender; and

(d) the right to equal protection of law;

(e) said rights are a substantive guarantee under the Fourth and Fourteenth Amendments of the United States Constitution.

(f) the right to be free from interferences with the zone of privacy protected by the fourth and ninth amendments of the United States Constitution.

### SECOND CAUSE OF ACTION
**(Against Defendants CANCILLA and WELGAND)**
**BATTERY**

13. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 12.

14. In doing the acts complained herein, Defendants CANCILLA and WELGAND intentionally committed harmful and offensive contact to Plaintiff's person.

15. As a result of Defendants' harmful and offensive contact committed with malice to Plaintiff's person, Plaintiff suffered serious personal injuries and damages. Defendant's CANCILLA'S and WELGAND'S harmful and offensive acts were the direct and proximate cause of Plaintiff's personal injuries and damages.

### THIRD CAUSE OF ACTION
**(NEGLIGENCE)**
**(Against Defendants CANCILLA and WELGAND)**

16. Plaintiff alleges and incorporates by reference herein paragraphs 1 through 15

17. In doing the acts complained of herein, defendants CANCILLA and WELGAND negligently acted and/or omitted to act resulting in injuries and damages to Plaintiff in breach of their duty.

18. As a direct and proximate result of the breach of Defendants' duty, Plaintiff suffered injuries and damages.

WHEREFORE Plaintiff prays as hereinafter set forth.

### FOURTH CAUSE OF ACTION

**(Intentional Infliction of Emotional Distress)**
**(Against Defendants CANCILLA and WELGAND)**

19. Plaintiff realleges incorporates by reference herein paragraphs 1 through 18.

20. In doing the acts complained herein, Defendants CANCILLA and WELGAND individually and/or while acting in concert with one another intentionally or recklessly committed an outrageous act against Plaintiff which is not tolerated by civilized society.

21. As a direct and proximate result of Defendants' acts, Plaintiff suffered intentional infliction of emotional distress causing injuries and damages to Plaintiff.

### FIFTH CAUSE OF ACTION
**(Negligent Infliction Emotional Distress)**
**(Against Defendants CANCILLA and WELGAND)**

22. Plaintiff alleges and incorporates by reference herein paragraphs 1 through 21.

23. In doing the acts complained of herein, Defendants CANCILLA and WELGAND individually and or while acting in concert with one another negligently committed an outrageous act against Plaintiff which is not tolerated by this civilized society.

24. As a direct and proximate result of Defendants act, Plaintiff suffered negligent infliction of emotional distress causing injuries and damages to Plaintiff.

WHEREFORE Plaintiff prays as hereinafter set forth.

## STATEMENT OF DAMAGES

25. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 24.

26. As a result of the acts and/or omissions of Defendants, and each of them as alleged herein, Plaintiff is entitled to recover for the damages and injuries, including, but not limited to:

(a) General damage, including, but not limited to damages for pain;

(b) Special damages, including but not limited to damages for future income, loss of wages and medical expenses;

27. The acts and/or omissions of Defendants CANCILLA and WELGAND and/or each of them were intentional, malicious, oppressive and/or done with a conscious or reckless disregard for the rights of Plaintiff. Accordingly, Plaintiff prays for an award of punitive and exemplary damages in amounts to determined according to proof.

28. Plaintiff will also be entitled to an award of attorney's fees and cost pursuant to statute(s) in the event that he is the prevailing party in this action under 42 U.S.C> Section 1983 and 1988 and/or under other statutes and/or laws.

## JURY TRIAL DEMAND

29. Plaintiff hereby demands a jury trial

## PRAYER

**WHEREFORE,** Plaintiff prays for judgement against Defendants, and each of them as follows:

1. General damages to be determined according to proof;

2. Special damages including, but not limited to past, present and /or futures wages loss. Income and medical expenses;

3. Attorneys' fees pursuant to statutes;

4. Costs of suit;

5. Punitive and exemplary damages in amount to be determined according to proof as to Defendants DANIEL CANCILLA and ROBERT WELGAND.

6. for prejudgment interest as permitted by law;

7. For such other and further relief as the Court may deem just and proper.

Dated: 8/8/2018

_____/S/_____
M. ALIEU ISCANDARI, ESQ.
LAW OFFICES OF M. ALIEU ISCANDARI, ESQ.
Attorney for Plaintiff
YASMIN JENKINS