# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN JENKINS,<br>　　　　Plaintiff,<br>　　v.<br>DANIEL CANCILLA, et al.,<br>　　　　Defendants. | Case No. 18-cv-04836-DMR<br><br>**ORDER TO SHOW CAUSE** |

A case management conference was scheduled for November 7, 2018 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Plaintiff Yasmin Jenkins. Therefore, IT IS HEREBY ORDERED that by November 13, 2018, Plaintiff shall submit a statement explaining why she should not be sanctioned for failing to appear at the November 7, 2018 case management conference.

**IT IS SO ORDERED.**

Dated: November 8, 2018



Donna M. Ryu
United States Magistrate Judge