UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN JENKINS, <br>     Plaintiff, <br> v. <br> DANIEL CANCILLA, et al., <br>     Defendants. | Case No. 18-cv-04836-DMR <br><br> **ORDER TO SHOW CAUSE** |

A case management conference was scheduled for January 16, 2019 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Plaintiff Yasmin Jenkins. This is the second time in a row that defense counsel has appeared for a case management conference that the court was unable to hold due to Plaintiff's counsel's non-appearance, and the second time that Plaintiff's counsel did not timely participate in the submission of a joint case management statement. [*See* Docket Nos. 26, 29, 33.] Therefore, IT IS HEREBY ORDERED that by January 22, 2019, Plaintiff's counsel shall submit a statement explaining why he should not be sanctioned for multiple, sequential failures to appear and participate in the case management process.

**IT IS SO ORDERED.**

Dated: January 17, 2019



Donna M. Ryu
United States Magistrate Judge