UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN JENKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL CANCILLA, et al.,<br><br>        Defendants. | Case No. 18-cv-04836-DMR<br><br>**ORDER DISCHARGING SANCTION**<br><br>Re: Dkt. No. 38 |

After further discussion with Mr. Iscandari and his opposing counsel, the court discharges the previously ordered $250 sanction against Mr. Iscandari (Docket No. 38). However, Mr. Iscandari is reminded that he must follow all court rules and procedures, and future failures to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: January 31, 2019



Donna M. Ryu
United States Magistrate Judge